UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2020

------------------------------------------------------------X
                                                  :

JOHN WALSHE,
                         Plaintiff,    :

               -against-       :

CITY OF NEW YORK, et al.,
                       Defendant.   :
------------------------------------------------------------X

19 Civ. 3096 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 15, 2019, Defendant the City of New York filed a letter to inform the Court that a settlement was reached between the parties and that the matter should be deemed closed (Dkt. No. 15);

      WHEREAS, the parties have filed nothing on the docket since that date. It is hereby

      ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED.

Dated: February 20, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**